**Order issued November 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-13-00635-CR
No. 05-13-01385-CR
No. 05-13-01386-CR

---

**DAARON TAYVON BUYCKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices O'Neill, Fillmore, and Brown

Based on the Court's opinion of this date, we **GRANT** the August 4, 2014 motions of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Daaron Tayvon Buycks, TDCJ No. 1851914, Bradshaw State Jail, P.O. B ox 9000, Henderson, Texas, 75653

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE